**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

vs.                                         **3:05cr112/RV
3:07cv533/RV/MD**

**ANTOINETTE ROCAMORA**

### ORDER

This cause is before the court on defendant's notice of appeal (doc. 79) of the court's order denying her motion to vacate pursuant to 28 U.S.C. § 2255, which the court construes as a request for a certificate of appealability.  *Edwards v. United States*, 114 F.3d 1083 (11th Cir. 1997).  Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief.  See 28 U.S.C. 2253(c)(1)(B).  Because the defendant has not made a substantial showing of the denial of a constitutional right, see *United States v. Futch*, 518 F.3d 887 (11th Cir. 2008), her request for a certificate of appealability is DENIED.

Defendant has not filed a motion for leave to proceed *in forma pauperis*.  Because the court finds that the appeal is not taken in good faith and defendant is not otherwise entitled to so proceed, in the event that she did file such a motion, leave to so proceed would also be denied.  Fed.R.App.P. 24(a)(3).  Defendant shall pay the $455.00 filing fee within thirty days.

DONE AND ORDERED this 20th day of January, 2009.

                                               /s/ *Roger Vinson*
                                             **ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**